### LOGAN *v.* THE STATE.

ATKINSON, Presiding Justice. The evidence was sufficient to authorize the verdict and the trial court did not err in overruling the motion for a new trial based upon the general grounds.

*Judgment affirmed. All the Justices concur.*

No. 16636.   MAY 10, 1949.

*R. L. Carr,* for plaintiff in error.
*Eugene Cook,* Attorney-General, *C. S. Baldwin Jr.,* Solicitor-General, and *Frank H. Edwards,* contra.